Dismissed and Memorandum Opinion filed April 8, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00890-CV

____________

 

WARREN L. ALDOUS, INDIVIDUALLY AND D/B/A ROAD RUNNER
SERVICE, Appellant

 

V.

 

WILLIAM (PETE RIECHE) AND KIMBERLY RIECHE, Appellees

 



 

On Appeal from the
County Court at Law No. 2

Galveston County,
Texas

Trial Court Cause
No. 58,497

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed September 11, 2009.  On March 22, 2010,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Seymore, and Brown.